**W. J. GRANTHAM v. GLADYS CHANCEY, a widow**

17 So. (2nd) 789                                     January Term, 1944
May 1, 1944                                                  Division B

*Harry T. Gray* and *Marks, Marks, Holt, Gray & Yates,* and *Charles A. Morehead,* for appellant.

*H. M. Wise* and *Fred S. Rizk,* for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, SEBRING and THOMAS, JJ., concur.